# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2326

---

THIS DOCUMENT RELATES TO CASES
ON THE EXHIBITS ATTACHED HERETO

### ORDER
(Dismissing Certain Cases without Prejudice)

Pending in MDL 2326, 2:12-md-2326 [ECF No. 8057], is a Joint Motion to Dismiss Without Prejudice filed by plaintiffs, identified on the attached Exhibits A-K, and Boston Scientific Corporation ("BSC") seeking dismissal of BSC from these actions, without prejudice, because all claims have been compromised and settled, including all claims, counterclaims, cross-claims and third party claims. After careful consideration, it is **ORDERED** that the Joint Motion to Dismiss without Prejudice is **GRANTED**. It is further **ORDERED** that the actions listed on the attached Exhibits A-K are **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket and any motions pending in the individual cases at the time of this dismissal are **DENIED AS MOOT**.

The court **DIRECTS** the Clerk to file a copy of this order in 2:12-md-2326 and in the individual cases listed on the attached Exhibits A-K.

ENTER: May 28, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

**EXHIBIT A – SUMMERS & JOHNSON, PC.**

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-13924 | RIDER, Koreen vs. Boston Scientific Corporation |
| 13-cv-14058 | WILKINS, Debra vs. Boston Scientific Corporation |
| 13-cv-16744 | HOLT, Terry and Robert Holt vs. Boston Scientific Corporation |
| 13-cv-16787 | TORRES, Anna vs. Boston Scientific Corporation |
| 13-cv-16788 | WEST, Kimberly and William West vs. Boston Scientific Corporation |
| 13-cv-18879 | CUBIAS, Amy and Recardo Cubias vs. Boston Scientific Corporation |
| 13-cv-18882 | DESENO, Loretta vs. Boston Scientific Corporation |
| 14-cv-17557 | BROWN, Evelyn vs. Boston Scientific Corporation |
| 14-cv-17705 | SIMS, Glenda and Joe Sims vs. Boston Scientific Corporation |
| 14-cv-22851 | SEYS, Roxanne vs. Boston Scientific Corporation |
| 14-cv-22854 | SMITH, Darlene vs. Boston Scientific Corporation |
| 15-cv-10034 | SULLIVAN, Nancy vs. Boston Scientific Corporation |

## EXHIBIT B – AYLSTOCK WITKIN KREIS & OVERHOLTZ

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-29370 | UZARSKI, Janice J. vs. Boston Scientific Corporation |
| 13-cv-29991 | JACKSON, Tahira K. vs. Boston Scientific Corporation |
| 13-cv-33101 | FRISBIE, Lori Ann vs. Boston Scientific Corporation |
| 13-cv-33365 | WANGLER, Marylee vs. Boston Scientific Corporation |
| 14-cv-05894 | MCFADDIN, Patricia Ann vs. Boston Scientific Corporation |
| 14-cv-06564 | STURGILL, Angela F. vs. Boston Scientific Corporation |
| 14-cv-06569 | SPENCER, Lynne W. vs. Boston Scientific Corporation |
| 14-cv-06572 | THRONE, Marjorie S. vs. Boston Scientific Complaint |
| 14-cv-06581 | ZINSKI, Peggy F. vs. Boston Scientific Corporation |
| 14-cv-06719 | PITTS, Dianna Lynn vs. Boston Scientific Corporation |
| 14-cv-06782 | LARSON, Orla vs. Boston Scientific Corporation |
| 14-cv-31138 | EVANS, Stephanie M. vs. Boston Scientific Corporation |
| 15-cv-06789 | WAYBRIGHT, Shirley L. vs. Boston Scientific Corporation |
| 16-cv-00068 | NEWBURN, Barbara J. vs. Boston Scientific Corporation |
| 16-cv-00896 | HOERNSCHEMEYER, Charlotte vs. Boston Scientific Corporation |

**EXHIBIT C – AYLSTOCK WITKIN KREIS & OVERHOLTZ,
FOOTE MEYERS MIEKLE & FLOWERS, SUGARMAN ROGERS
BARSHAK & COHEN, THE MONSOUR LAW FIRM, LAW OFFICES OF
ROBERT L. SALIM, NASTLAW**

| **CASE NUMBER** | **CASE NAME** |
|---|---|
| 12-cv-00458 | ACKERMAN, Wendy vs. Boston Scientific Corporation |

4850-7616-4246 v1

**EXHIBIT D – PETERSON & ASSOCIATES**

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-15928 | CARLSON, Karen and Gary Carlson vs. Boston Scientific Corporation |
| 13-cv-15929 | HUNTER, Peggy and Charles Hunter vs. Boston Scientific Corporation |
| 13-cv-24290 | CRANCE, Mary vs. Boston Scientific Corporation |
| 13-cv-25091 | DARDEN, Sara vs. Boston Scientific Corporation |
| 13-cv-25096 | GLICK, Roshan vs. Boston Scientific Corporation |
| 13-cv-25115 | MOORE, Gladys vs. Boston Scientific Corporation |
| 13-cv-25855 | REDMAN, Myrian vs. Boston Scientific Corporation |
| 13-cv-25866 | BAUER, Jessie vs. Boston Scientific Corporation |
| 13-cv-26468 | FELDMAN, Nancy vs. Boston Scientific Corporation |
| 13-cv-33491 | DORO, Christine vs. Boston Scientific Corporation |
| 13-cv-33499 | LIPFORD, Debbie vs. Boston Scientific Corporation |
| 13-cv-33501 | PEDEN, Sandra vs. Boston Scientific Corporation |
| 14-cv-20866 | MACIAS, Eva vs. Boston Scientific Corporation |
| 14-cv-20879 | RODRIGUEZ, Jennifer vs. Boston Scientific Corporation, |
| 14-cv-20892 | WAYNE, Darlene vs. Boston Scientific Corporation |

| CASE NUMBER | CASE NAME |
|---|---|
| 14-cv-20894 | WINTER, Lesa vs. Boston Scientific Corporation |
| 15-cv-11670 | WILLIAMS, Faye vs. Boston Scientific Corporation |
| 16-cv-04194 | SHROPSHIRE, Terrisa vs. Boston Scientific Corporation |

## EXHIBIT E – MCSWEENEY & LANGEVIN

| CASE NUMBER | CASE NAME |
| --- | --- |
| 14-cv-18526 | THURSTON, Mary and Jacob Thurston vs. Boston Scientific Corporation |
| 14-cv-28301 | WALT, Penny vs. Boston Scientific Corporation |
| 16-cv-03015 | MOORE, Lisa and Donald Moore vs. Boston Scientific Corporation |
| 16-cv-04414 | JONES, Danielle vs. Boston Scientific Corporation |
| 16-cv-04415 | KING, Tammy and Joseph King vs. Boston Scientific Corporation |
| 16-cv-04458 | SALISBURY, Kim and Eric Salisbury vs. Boston Scientific Corporation |
| 16-cv-04490 | ADDAWAY, Christie and Jeremy Addaway vs. Boston Scientific Corporation |
| 16-cv-04499 | NEELY, Wendy vs. Boston Scientific Corporation |
| 16-cv-04507 | KIRBY, Tamara vs. Boston Scientific Corporation |
| 16-cv-04509 | SCHAEFER, Nancy vs. Boston Scientific Corporation |
| 16-cv-04518 | BYRD, Jessica and Jason Byrd vs. Boston Scientific Corporation |
| 16-cv-04748 | SORRELS, Rita vs. Boston Scientific Corporation |
| 16-cv-04751 | ZACHAR, Lillian vs. Boston Scientific Corporation |
| 16-cv-04798 | PATTERSON, Pamela vs. Boston Scientific Corporation |
| 16-cv-07588 | HOPKINS, Suzanne and George Hopkins vs. Boston Scientific Corporation |

## EXHIBIT F – PHILLIPS LAW OFFICE

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-02163 | HINOJOSA, Francis vs. Boston Scientific Corporation |
| 12-cv-04641 | COLEMAN, Christie vs. Boston Scientific Corp. |
| 12-cv-07277 | ERICKSON, Marie and Raymond Erickson vs. Boston Scientific Corporation |
| 12-cv-08802 | WALKER, Regina vs. Boston Scientific Corporation |
| 12-cv-09090 | HOPWOOD, Donna and Dennis Hopwood vs. Boston Scientific Corporation |
| 13-cv-00167 | HURLEY, Deborah vs. Boston Scientific Corporation |
| 13-cv-03841 | MICHAEL, Barbara vs. Boston Scientific Corporation |
| 13-cv-04873 | MELENDEZ, Monica vs. Boston Scientific Corporation |
| 13-cv-06627 | OMAN, Angela and Donald Oman vs. Boston Scientific Corporation |
| 13-cv-12118 | SALERNO, Janice and Vincent Salerno vs. Boston Scientific Corporation |
| 14-cv-08819 | SULLIVAN, John as Executor to the Estate of Dorothy Sullivan (Deceased) vs. Boston Scientific Corporation |
| 15-cv-01893 | SANDOVAL, Julie and Pedro Sandoval vs. Boston Scientific Corporation |
| 15-cv-02054 | ASHLEY, Donna vs. Boston Scientific Corporation |

**EXHIBIT G – PHILLIPS LAW OFFICE
AND WAGSTAFF & CARTMELL**

| CASE NUMBER | CASE NAME |
|---|---|
| 12-cv-01291 | HOFFER, Edith and Donald R. Hoffer vs. Boston Scientific Corporation |

4850-7616-4246 v1

# EXHIBIT H – PHILLIPS LAW OFFICE
# AND COVENEY LAW, LLC

| CASE NUMBER | CASE NAME |
|---|---|
| 16-cv-08864 | VANDUSEN, Cheryl vs. Boston Scientific Corporation |
| 16-cv-09805 | SMITH, Patricia vs. Boston Scientific Corporation |
| 16-cv-09830 | JACOBS, Phyllis vs. Boston Scientific Corporation |
| 16-cv-10328 | SLEEMAN, Cindy vs. Boston Scientific Corporation |
| 16-cv-10998 | MOSHOLDER, Bridget vs. Boston Scientific Corporation |
| 16-cv-10999 | KOSHINSKY, Linda vs. Boston Scientific Corporation |
| 16-cv-11000 | SPURLOCK, Lori vs. Boston Scientific Corporation |
| 16-cv-11001 | VAN ZEE, Margaret vs. Boston Scientific Corporation |
| 16-cv-12130 | VANOUS, Diana vs. Boston Scientific Corporation |
| 16-cv-12225 | HURST, Betty vs. Boston Scientific Corporation |

**EXHIBIT I – MURPHY LAW FIRM**

| CASE NUMBER | CASE NAME |
|---|---|
| 13-cv-30094 | GALLAND, Cindy vs. Boston Scientific Corporation |
| 13-cv-31073 | HUGHES, Jean vs. Boston Scientific Corporation |
| 13-cv-31280 | SHADE, Lori vs. Boston Scientific Corporation |
| 13-cv-31967 | TRIPPEDA, Maryellen vs. Boston Scientific Corporation |
| 13-cv-31970 | LOPER, Stella vs. Boston Scientific Corporation |
| 14-cv-00096 | FERGUSON, Barbara vs. Boston Scientific Corporation |
| 14-cv-04907 | LIGHTBOURN, Mary vs. Boston Scientific Corporation |
| 14-cv-04930 | NOLIN, Charlotte vs. Boston Scientific Corporation |
| 15-cv-02686 | SEFTON, Jennifer vs. Boston Scientific Corporation |
| 15-cv-05624 | BUTLER, Victoria vs. Boston Scientific Corporation |
| 15-cv-05629 | CLINE, Jacqueline vs. Boston Scientific Corporation |
| 15-cv-05838 | RAUCH, Patricia vs. Boston Scientific Corporation |
| 16-cv-08656 | HOUSE, Kenneth for the Estate of Deboura House (Deceased) vs. Boston Scientific Corporation |
| 16-cv-12133 | MESSER, Mary vs. Boston Scientific Corporation |
| 16-cv-12147 | SIEGRIST, Erica vs. Boston Scientific Corporation |

**EXHIBIT J – MURPHY LAW FIRM
AND MCSWEENEY & LANGEVIN**

| **CASE NUMBER** | **CASE NAME** |
|---|---|
| 14-cv-18000 | SULLIVAN, Barbara vs. Boston Scientific Corporation |

4850-7616-4246 v1

**EXHIBIT K – MCSWEENEY & LANGEVIN
AND AYLSTOCK WITKIN KREIS & OVERHOLTZ**

| **CASE NUMBER** | **CASE NAME** |
|---|---|
| 14-cv-18000 | SULLIVAN, Barbara vs. Boston Scientific Corporation |

4850-7616-4246 v1